**SHA-1 Hash:** 58046BCCA813271DCC68D7BA6F52B65888614C71     **Title:** Best New Starlets 2012
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.48.103.252 | 4/1/2012 14:27 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 76.100.252.104 | 3/29/2012 23:31 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 76.114.196.68 | 6/6/2012 0:29 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 98.218.251.20 | 6/5/2012 5:24 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 98.218.254.191 | 3/28/2012 14:55 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 98.218.255.253 | 3/24/2012 22:56 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 98.231.178.146 | 5/20/2012 14:19 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 63.68.157.172 | 6/2/2012 3:06 | Washington | DC | Verizon Business | BitTorrent |
| 9 | 65.199.61.222 | 4/20/2012 14:38 | Washington | DC | Verizon Business | BitTorrent |
| 10 | 108.45.65.186 | 6/4/2012 21:02 | Washington | DC | Verizon Internet Services | BitTorrent |
| 11 | 71.251.56.193 | 6/5/2012 13:39 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC18