UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK COLLINS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No.  1:12-cv-01039 -RMC |
| v. ) | |
| ) | |
| JOHN DOES 1-11, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOES 1, 3, 4, 5, 8, 9 AND 11 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 3, 4, 5, 8, 9 and 11 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 68.48.103.252, 76.114.196.68, 98.218.251.20, 98.218.254.191, 63.68.157.172, 65.199.61.222 and 71.251.56.193. Plaintiff recently received the names and identifying information of these Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline.  Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if it deems necessary. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October 22, 2012

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle &
     Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866